UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Samuel Robles                                     Docket No. 5:10-CR-263-2FL

**Petition for Action on Supervised Release**

    COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Samuel Robles, who, upon an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute and Distribute 50 Grams or More of Actual Methamphetamine, a Quantity of Cocaine, and a Quantity of Marijuana, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 1, 2011, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

    Samuel Robles was released from custody on October 30, 2015, at which time the term of supervised release commenced. On October 4, 2016, the defendant appeared before the court on a Motion for Revocation as a result of using drugs. The court allowed Robles to be continued on supervision so that he could participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On October 30, 2017, the defendant tested positive for cocaine and admitted to using the substance in response to sadness he felt after the death of his brother. As Robles successfully completed substance abuse treatment and was able to remain clean from drugs for over a year, we recommend the conditions of supervision be modified to require the defendant to be confined in the custody of the Bureau of Prisons for two days, in addition to including the DROPS Program beginning in the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: November 14, 2017 |

**ORDER OF THE COURT**

Considered and ordered this 16th day of November, 2017, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge